PROB 35 (ED/CA)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                     )<br>)<br>HUMBERTO LLERENA            )<br>) | Docket No:   0972 1:05CR00204-006 |

On September 5, 2006, the above-named was placed on Supervised Release for a period of 48 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   December 9, 2013
         Roseville, California
         JAF:aph

/s/ Michael A. Sipe
**REVIEWED BY:   MICHAEL A. SIPE**
**Supervising United States Probation Officer**

1

Rev. 05/2013
EARLY TERMINATION ~  ORDER (PROB35).DOTX

PROB 35 (ED/CA)

**Re:   LLERENA, Humberto**
       **Docket No:   0972 1:05CR00204-006**
       <u>**Report and Order Terminating Supervised Release**</u>
       <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Humberto Llerena be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   December 9, 2013                                   _____
                                                            SENIOR   DISTRICT   JUDGE

2

Rev. 05/2013
EARLY TERMINATION ~  ORDER (PROB35).DOTX